IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **ABNER CLARK MACKEY,** : | |
| : | |
| **Petitioner,** : | |
| : | **5:05CV309 (DF)** |
| vs. : | |
| : | |
| **STATE OF GEORGIA; ALEXIS** : | |
| **CHASE; GEORGIA DEPARTMENT** : | |
| **OF CORRECTIONS; and** : | |
| **THURBERT BAKER,** : | |
| : | |
| **Respondents.** : | |

### O R D E R

Petitioner Abner Mackey is a prisoner of the State of Georgia. On August 30, 2005, Mackey filed a petition under 28 U.S.C.A. § 2241 challenging the manner in which his state sentence is being carried out. On August 31, 2005, this Court dismissed Mackey's habeas corpus petition, finding that he had not paid the $5.00 filing fee applicable to habeas petitions, *see* 28 U.S.C.A. § 1914(a), and that the three-strikes provision of the Prison Litigation Reform Act ("PLRA"), 28 U.S.C.A. § 1915(g), barred him from seeking *in forma pauperis* status.

Generally, the PLRA prohibits a prisoner from bringing a "civil action" without paying the filing fee if he has—while incarcerated—brought three or more actions or appeals that were dismissed for frivolity, maliciousness, or failure to state a claim. 28 U.S.C.A. § 1915(g). However, even if a prisoner has three strikes against

him, he may forego paying the filing fee and commence a civil action if he can show that he is "under imminent danger of serious physical injury." *Id.* Mackey has not paid the filing fee in this case and has had more than three actions dismissed for the grounds stated in § 1915(g). Because Mackey failed to show that he was in imminent danger of injury, the Court dismissed his petition.

A petition seeking habeas relief, however, is not considered a "civil action" as that term is used in the PLRA. *See Anderson v. Singletary*, 111 F.3d 801, 802 (11th Cir. 1997). Therefore, the three-strikes limitation does not apply, and the Court erred in dismissing Mackey's habeas petition.

The Court's August 31 Order dismissing Mackey's habeas petition under § 1915 (g) is hereby **VACATED.** Mackey shall have **30 DAYS** either to pay the $5.00 filing fee required by § 1914 (a) or to file an *in forma pauperis* affidavit in compliance with § 1915. Should Mackey fail to do so, his petition will be dismissed without further notice from the Court.

SO ORDERED, this 6th day of September, 2005.

      **/s/ Duross Fitzpatrick**
      DUROSS FITZPATRICK, JUDGE
      UNITED STATES DISTRICT COURT

DF/sew