IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **ABNER CLARK MACKEY,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| vs. | : | 5:05-CV-309 (DF) |
| | : | |
| **ALEXIS CHASE, WARDEN, and** | : | |
| **T. BAKER, ATTORNEY GENERAL,** | : | |
| | : | |
| **Respondents.** | : | |

### O R D E R

This order hereby adopts and incorporates the Recommendation that United States Magistrate Judge Claude W. Hicks, Jr. entered in this case on March 17, 2006 (doc 28). Neither party has served or filed written objections to the Magistrate Judge's Recommendation with the Court.

Accordingly, the motion of Respondent T. Baker, Attorney General of the State of Georgia, to dismiss him from the above-styled § 2254 proceeding (doc. 18) is hereby **GRANTED**. Respondent Baker is hereby **DISMISSED** from this action **WITH PREJUDICE**.

SO ORDERED, this 19th day of May, 2006.

/s/ Duross Fitzpatrick
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/jab